JOHNSON PLAZA CORPORATION, Appellant, *v.* THE HARRI-MAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK, Respondent.

(Argued January 9, 1934; decided January 23, 1934.)

*Edward Q. Carr, Isidor Enselman, H. H. Nordlinger* and *Max Frank* for appellant.

*John Vance Hewitt* and *Milton I. Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.